## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: JUAN REY      CHAPTER 13
     Debtor

BANKRUPTCY NO. 18-16967

## CERTIFICATE OF SERVICE

I, Gary E. Thompson, Esquire, hereby certify that I have served a copy of the Second Amended Chapter 13 Plan on or about March 6, 2019 to the following:

United States Trustee
833 Chestnut Street
Philadelphia, PA 19106

Trustee William Miller
POB 40119
Philadelphia, PA 19106


All Creditors on Matrix

.

                 /S/
        GARY E. THOMPSON, ESQUIRE
        Attorney for Debtor.

4/2/19