```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                              Case No. 18-16967-elf
Juan C. Rey                                                         Chapter 13
      Debtor                      CERTIFICATE OF NOTICE

District/off: 0313-2           User: John                 Page 1 of 2                  Date Rcvd: May 29, 2019
                               Form ID: pdf900            Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2019.
db             +Juan C. Rey,    1303 Astor Street,     Norristown, PA 19401-3220
cr             +Americredit Financial Services, Inc., d/b/a GM Fin,     4000 Embarcadero Dr.,
                 Arlington, TX 76014-4101
cr             +Quicken Loans Inc.,    c/o KEVIN G. MCDONALD,    701 Market St. Suite 5000,
                 Philadelphia, PA 19106-1541
14241387       ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                 (address filed with court:   Americredit Financial Services, Inc,    d/b/a GM Financial,
                 c/o Mandy Youngblood,    PO Box 183853,    Arlington, TX 76096)
14215513       +American Express,    POB 1270,    Newark, NJ 07101-1270
14237309        American Express National Bank,     c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
14231952       +Americredit Financial Services, Inc.,     dba GM Financial,    c/O WILLIAM EDWARD CRAIG,
                 110 Marter Avenue, Suite 301,     Moorestown, NJ 08057-3124
14215515       +Barclays Bank Of DE,    700 Prides Crossing,    Newark, DE 19713-6102
14250489       +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,     Boca Raton, FL 33487-2853
14215516       +Citibank.,   POB 6500,    Sioux Falls, SD 57117-6500
14215519       +Encompass Insurance Co.,     James & Camille White,    C/O Sandler & Marchesini,
                 1500 Walnut Street,    Philadelphia, PA 19102-3523
14215521       +Fernando Suarez & Co.,    5553 Rising Sun Avenue,     Philadelphia, PA 19120-3045
14215523       +Key Bank, NA,    9869 Buslteton Avenue,    Philadelphia, PA 19115-2611
14220569       +Quicken Loans Inc.,    c/o KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,    701 Market St. Suite 5000,
                 Philadelphia, PA 19106-1541
14233532       +TD Bank, N.A.,    Payment Processing, PO Box 16029,     Lewiston, ME 04243-9507
14234192       ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court:    U.S. Bank National Association,     Bankruptcy Department,
                 PO Box 108,   St. Louis, MO 63166-0108)
14215528       +USAA Federal Savings Bank,     10750 McDermott Freeway,    San Antonio, TX 78288-1600
14243495        Wells Fargo Bank, N.A.,    Wells Fargo Card Services,     PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
14234896       +Wells Fargo Bank, N.A.,    Small Business Lending Division,     P.O. Box 29482,
                 Phoenix, AZ 85038-9482
14215529       +Wells Fargo Visa,    POB 6412,    Carol Stream, IL 60197-6412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov May 30 2019 02:50:57      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 30 2019 02:50:46      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14215514       +E-mail/Text: bkrpt@retrievalmasters.com May 30 2019 02:50:37      American Traffic Citations,
                 C/O RMBC,   POB 1235,   Elmsford, NY 10523-0935
14215518       +E-mail/Text: legal@easternfunding.com May 30 2019 02:50:13      Eastern Funding,
                 213 W. 35th Street,    New York, NY 10001-0209
14215520       +E-mail/Text: bankruptcy@erieinsurance.com May 30 2019 02:51:08      Erie Insurance Group,
                 100 Erie Insurance Place,    Erie, PA 16530-0001
14215522        E-mail/Text: cio.bncmail@irs.gov May 30 2019 02:50:17      IRS,   Philadelphia, PA 19255
14221986       +E-mail/Text: key_bankruptcy_ebnc@keybank.com May 30 2019 02:50:43      KeyBank, NA,
                 4910 Tiedeman Rd,    Brooklyn OH 44144-2338
14249414        E-mail/PDF: resurgentbknotifications@resurgent.com May 30 2019 02:56:46      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14233084        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 30 2019 02:50:32
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14215524       +E-mail/Text: bankruptcyteam@quickenloans.com May 30 2019 02:50:44      Quicken Loans,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
14215526        E-mail/Text: bankruptcy@td.com May 30 2019 02:50:40      TD Bank NA,    POB 746,
                 Keene, NH 03431
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14215525        Rey Investments, Inc
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
14240986*      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                 (address filed with court:   Americredit Financial Services, Inc.,    Dba GM Financial,
                 P.O Box 183853,   Arlington, TX 76096)
14237129*      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                 (address filed with court:   Americredit Financial Services, Inc.,    dba GM Financial,
                 PO Box 183853,   Arlington, TX 76096)
14215517*      +Citibank.,   POB 6500,    Sioux Falls, SD 57117-6500
14233804*      +Quicken Loans Inc.,    635 Woodward Avenue,   Detroit, MI 48226-3408
14215527*      ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court:   US Bank,   POB 790408,    St Louis, MO 63179)
```

```
District/off: 0313-2          User: John                Page 2 of 2                  Date Rcvd: May 29, 2019
                              Form ID: pdf900           Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

TOTALS: 1, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2019 at the address(es) listed below:
              GARY E. THOMPSON    on behalf of Debtor Juan C. Rey get24esq@aol.com
              KEVIN G. MCDONALD    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
               Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                        :        Chapter 13
    JUAN C. REY,                          :
                Debtor(s)            :        Bky. No.  18-16967 ELF

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession  to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date:  May 29, 2019

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE